EL PUEBLO, DEMANDANTE Y APELADO, *v.* BARROS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por ejercicio ilegal de la medicina.

No. 1246.—Resuelto en abril 18, 1918.

EJERCICIO ILEGAL DE LA MEDICINA—ACUSACIÓN SUFICIENTE—BILLS OF PARTICULARS.—Una acusación por ejercicio ilegal de la medicina expresa con suficiencia, a falta de una solicitud para que se particularice, un elemento de hecho conocido generalmente de todo el mundo, al decir que una persona vendía "medicinas" sin estar debidamente autorizada.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sr. Leopoldo Tormes* y *Sra. Herminia Tormes.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Una acusación expresa con suficiencia un elemento de hecho conocido generalmente de todo el mundo, al decir que una persona vendía "medicinas" sin estar debidamente autorizada. Si el apelante deseaba que se particularizaran más los hechos, tenía abiertos otros caminos que el de la excepción perentoria.

Convenimos con el apelante en que la acusación sería insuficiente si la ofensa imputada fuera sólo la de "públicamente" anunciarse como médico. Tal elemento es una conclusión de derecho. Esta parte de la acusación puede considerarse como superflua, pues más adelante expresa en efecto que el apelante prescribió y ordenó para el uso de la enferma Juana Rodríguez, varias medicinas para la cura de una enfermedad que padece, recibiendo la remuneración de cuatro dollars por tal servicio, como abono a la suma de cinco dollars por la cura de Juana Rodríguez. A falta de una solicitud para que se particularizaran los hechos, la acusación imputa suficientemente el ejercicio de la medicina castigado por la ley No. 6 de marzo 11 de 1915.

La sentencia debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.